IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| HOLY LAND FOUNDATION FOR | ) NO. 304 CR 240 G |
| RELIEF AND DEVELOPMENT (1) | ) |
| also known as the "HLF" | ) |
| SHUKRI ABU BAKER (2) | ) |
| MOHAMMAD EL-MEZAIN (3) | ) |
| GHASSAN ELASHI (4) | ) |
| HAITHAM MAGHAWRI (5) | ) |
| AKRAM MISHAL (6) | ) |
| MUFID ABDULQADER (7) | ) |
| ABDULRAHAM ODEH (8) | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S SUPPLEMENTAL, CLASSIFIED MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO SUPPRESS EVIDENCE OBTAINED OR DERIVED FROM FISA SURVEILLANCE, AND TO DEFENDANTS' JOINT MOTION TO COMPEL PRODUCTION OF FISA APPLICATIONS, ORDERS, AND RELATED MATERIALS (U)**

RICHARD B. ROPER
United States Attorney
JAMES T. JACKS
NATHAN GARRETT
BARRY JONAS
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
Attorneys
1100 Commerce St., Room 300
Dallas, TX 75242
(214) 659-8600
(202) 514-5302
Email: elizabeth.shapiro@usdoj.gov