IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:04-CR-240-G |
| | § | |
| HOLYLAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
|    also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | ECF |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHAM ODEH (8) | § | |

## GOVERNMENT'S FIRST SUPPLEMENTAL EXHIBIT LIST

| Exhibit # | Description | Admitted | Offered |
|---|---|---|---|
| 020-0058 | Marzook/ El Mezzain Schedule | | |
| 020-0059 | Ismail Elbarasse/Abdulrahman Odeh Schedule | | |
| 020-0060 | K. Agha/K&A Trading & Marzook Schedule | | |
| 020-0061 | Marzook/ICC - Infocom - 1 Schedule | | |
| 020-0062 | Islamic Welfare "Deportees Fund" Schedule | | |
| 020-0063 | Fayez Abu Aker/ Fayez Abu'Asker Company Schedule | | |
| 020-0064 | Fawaz Abdul Rahman Hamdan Hamad Schedule | | |
| 020-0065 | Falah Hirzallah/ Herzallah Exchange Company Schedule | | |

**GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST - PAGE 1**

| 020-0066 | Bank Accounts Schedule | | |
| 024-0028 | HLF/IAP and Their Members Slide | | |
| 024-0029 | Inception of HLF Powerpoint | | |

Dated:       July 31, 2007            Respectfully submitted,

RICHARD ROPER
United States Attorney

By: */s/ James T. Jacks*
   JAMES T. JACKS
   Assistant United States Attorney
   1100 Commerce St., Third Floor
   Dallas, Texas 75242
   214.659.8600
   214.767.2898  (facsimile)
   Texas State Bar No. 10449500
   jim.jacks@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Nancy Hollander
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Joshua L Dratel
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John W. Boyd
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave,  Suite 700
Dallas, TX 75204

Linda Moreno
Law Office of Linda Moreno
2403 N. Washington Ave., # 320
Dallas, TX.  75204

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave,  Suite 910
Fort Worth, TX 76102

John D. Cline
Jones Day
555 California St., 26th Floor
San Francisco, CA 94104-1500

/s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney

**GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST - PAGE 3**