IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:04-CR-240-G |
| | § | |
| HOLYLAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
|    also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | ECF |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHAM ODEH (8) | § | |

### GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST

| Exhibit # | Description | Admitted | Offered |
|---|---|---|---|
| 003-0100 | Video Panel Discussion with Marzook and Baker | | |
| 007-0005 | Boim v. Quranic Literacy Institute, et al - First Amended Complaint (Filed 8/04/03) | | |
| 007-0006 | HLF Answer to First Amended Complaint (Filed 8/25/03) | | |
| 024-0030 | RESERVED | | |
| 024-0031 | Mohamed El-Mezain Poster | | |
| 024-0032 | Shukri Abu Baker Poster | | |
| 024-0033 | Baker and El Ashi Poster | | |
| 024-0034 | El-Mezain and Maghawri Poster | | |
| 024-0035 | Ashqar and Maghawri Poster | | |

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 1**

| | | | |
|---|---|---|---|
| 024-0036 | El-Mezain and Odeh Poster | | |
| 024-0037 | Abdelhaleem Ashqar Poster | | |
| 024-0038 | Ghassan El Ashi Poster | | |
| 024-0039 | Mufid Abdulqader Poster | | |
| 024-0040 | Akram Mishal Poster | | |
| 024-0041 | Jamil Hammami Poster | | |
| 024-0042 | Nadia Elashi Poster | | |
| 024-0043 | Ibrahim Al Samneh Poster | | |
| 024-0044 | Hamed Al Bitawi Poster | | |
| 024-0045 | Ismail Elbarasse Poster | | |
| 024-0046 | Abdel Aziz Rantisi Poster | | |
| 024-0047 | Ahmad Yousef Saleh Poster | | |
| 024-0048 | Mohamed Siam Poster | | |
| 024-0049 | Abdul Rahman Odeh Poster | | |
| 024-0050 | Haitham Maghawri Poster | | |
| 024-0051 | RESERVED | | |
| 024-0052 | Chart Reflecting Events of July-August 1992 (Powerpoint slide) | | |
| 024-0053 | "War is Deception" (poster) | | |
| 024-0054 | HLF Manual Found at Infocom (poster) | | |
| 024-0055 | Baker/Isa Al-Shifa Factory Timeline (poster) | | |
| 024-0056 | Example of HLF Following Directives Outlined in Manual Found at Infocom During Philadelphia Conference (poster) | | |
| 024-0057 | Shukri's Brother Hamas Leader Jamal Isa Tells Shukri to Open an HLF Regional Office 8-02-98 (poster) | | |
| 024-0058 | HLF Conducts Tactical Surveillance Countermeasures (TSCM) Sweep (poster) | | |

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 2**

| | | | |
|---|---|---|---|
| 024-0059 | HLF Officers Baker and Mishal Travel as Infocom Employees (poster) | | |
| 024-0060 | Marzook Orders Security for OLF (HLF) (poster) | | |
| 024-0061 | US Muslim Brotherhood Palestinian Committee 1991 (poster) | | |
| 024-0062 | Overseas Speakers List (poster) | | |
| 024-0063 | Use of Code Word "Aunts" 1996 (poster) | | |
| 024-0064 | Use of Code Word "Aunts" 1997 (poster) | | |
| 024-0065 | Use of Code Word "Aunts" 1999 (poster) | | |
| 024-0066 | Marzook (Transfer of Money) (poster) | | |
| 024-0067 | Islamic Action For Palestine an Internal Memo October 1992 - Exhibit 003-0015 (poster) | | |
| 024-0068 | Money Raised by Significant Hamas/Radical Overseas Speakers | | |
| 024-0069 | ISA Expert Powerpoint | | |
| 024-0070 | RESERVED | | |
| 024-0071 | Summary Chart of Philadelphia Meeting October 2-3, 1993 | | |
| 024-0072 | Inception | | |
| 024-0073 | Bombing Photo | | |

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 3**

Dated: August 6, 2007                Respectfully submitted,

                                                                       RICHARD ROPER
                                                                       United States Attorney

                                                    By: */s/ James T. Jacks*
                                                                         JAMES T. JACKS
                                                                         Assistant United States Attorney
                                                                         1100 Commerce St., Third Floor
                                                                         Dallas, Texas 75242
                                                                         214.659.8600
                                                                         214.767.2898  (facsimile)
                                                                         Texas State Bar No. 10449500
                                                                         jim.jacks@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Marlo P Cadeddu<br>Law Office of Marlo P Cadeddu<br>3232 McKinney Ave, Suite 700<br>Dallas, TX 75204 | Joshua L Dratel<br>Aaron J. Mysliwiec<br>Law Office of Joshua L Dratel<br>2 Wall St, 3rd Floor<br>New York, NY 10005 |
| John D. Cline<br>Jones Day<br>555 California St., 26th Floor<br>San Francisco, CA. 94104-1500 | Linda Moreno<br>2403 N. Washington Ave., 320<br>Dallas, TX. 75204 |
| Nancy Hollander<br>Theresa Duncan<br>Freedman Boyd Daniels Hollander<br>Goldberg & Ives<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102 | Greg Westfall<br>Westfall Platt & Cutrer<br>Mallick Tower<br>One Summit Ave, Suite 910<br>Fort Worth, TX 76102 |

/s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 5**