IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:04-CR-240-G |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
|     also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | **ECF** |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

### GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST

| Exhibit # | Description | Admitted | Offered |
|---|---|---|---|
| 006-0105 | Videotape of Hamas Fighter | | |

**GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST - PAGE 1**

Dated: August 9, 2007                Respectfully submitted,

                                                 RICHARD ROPER
                                               United States Attorney

                                  By: */s/ James T. Jacks*
                                               JAMES T. JACKS
                                               Assistant United States Attorney
                                               1100 Commerce St., Third Floor
                                               Dallas, Texas 75242
                                               214.659.8600
                                               214.767.2898  (facsimile)
                                               Texas State Bar No. 10449500
                                               jim.jacks@usdoj.gov

**GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST - PAGE 2**

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave,  Suite 700
Dallas, TX 75204

Joshua L Dratel
Aaron J. Mysliwiec
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John D. Cline
Jones Day
555 California St., 26th Floor
San Francisco, CA.  94104-1500

Linda Moreno
2403 N. Washington Ave., 320
Dallas, TX.  75204

Nancy Hollander
Theresa Duncan
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave,  Suite 910
Fort Worth, TX 76102

　　　　　　　　　　　　　　　　　　　　 /s/ *James T. Jacks*
　　　　　　　　　　　　　　　　　　　　JAMES T. JACKS
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST - PAGE 3**