IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 3:04-CR-240-G |
| § | |
| HOLYLAND FOUNDATION FOR § | |
| RELIEF AND DEVELOPMENT (1) § | |
|     also known as the "HLF" § | |
| SHUKRI ABU BAKER (2) § | **ECF** |
| MOHAMMAD EL-MEZAIN (3) § | |
| GHASSAN ELASHI (4) § | |
| HAITHAM MAGHAWRI (5) § | |
| AKRAM MISHAL (6) § | |
| MUFID ABDULQADER (7) § | |
| ABDULRAHMAN ODEH (8) § | |

### GOVERNMENT'S SIXTH SUPPLEMENTAL EXHIBIT LIST

| Exhibit # | Description | Admitted | Offered |
|---|---|---|---|
| 024-0075 | Video seized from Nablus | | |

Dated:   August 15, 2007        Respectfully submitted,

RICHARD ROPER
United States Attorney

By: */s/ James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242
214.659.8600
214.767.2898  (facsimile)
Texas State Bar No. 10449500
jim.jacks@usdoj.gov

**GOVERNMENT'S SIXTH SUPPLEMENTAL EXHIBIT LIST - PAGE 1**

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave, Suite 700
Dallas, TX 75204

Joshua L Dratel
Aaron J. Mysliwiec
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John D. Cline
Jones Day
555 California St., 26th Floor
San Francisco, CA. 94104-1500

Linda Moreno
2403 N. Washington Ave., 320
Dallas, TX. 75204

Nancy Hollander
Theresa Duncan
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave, Suite 910
Fort Worth, TX 76102

/s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney

**GOVERNMENT'S SIXTH SUPPLEMENTAL EXHIBIT LIST - PAGE 2**