IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 3:04-CR-240-G |
| § | |
| HOLYLAND FOUNDATION FOR § | |
| RELIEF AND DEVELOPMENT (1) § | |
| also known as the "HLF" § | |
| SHUKRI ABU BAKER (2) § | **ECF** |
| MOHAMMAD EL-MEZAIN (3) § | |
| GHASSAN ELASHI (4) § | |
| HAITHAM MAGHAWRI (5) § | |
| AKRAM MISHAL (6) § | |
| MUFID ABDULQADER (7) § | |
| ABDULRAHMAN ODEH (8) § | |

GOVERNMENT'S ELEVENTH SUPPLEMENTAL EXHIBIT LIST

| Exhibit # | Description | Admitted | Offered |
|---|---|---|---|
| 021-0078 | Federal Register Notice Vol. 72, No. 136 July 17, 2007 | | |
| 021-0079 | Letter from the Department of State and Letter to Shukri Baker | | |

Dated:    September 4, 2007        Respectfully submitted,

RICHARD ROPER
United States Attorney

By: */s/ James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242
214.659.8600
214.767.2898  (facsimile)
Texas State Bar No. 10449500
jim.jacks@usdoj.gov

GOVERNMENT'S ELEVENTH SUPPLEMENTAL EXHIBIT LIST - PAGE 1

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Marlo P Cadeddu<br>Law Office of Marlo P Cadeddu<br>3232 McKinney Ave, Suite 700<br>Dallas, TX 75204 | Joshua L Dratel<br>Aaron J. Mysliwiec<br>Law Office of Joshua L Dratel<br>2 Wall St, 3rd Floor<br>New York, NY 10005 |
| John D. Cline<br>Jones Day<br>555 California St., 26th Floor<br>San Francisco, CA. 94104-1500 | Linda Moreno<br>2403 N. Washington Ave., 320<br>Dallas, TX. 75204 |
| Nancy Hollander<br>Theresa Duncan<br>Freedman Boyd Daniels Hollander<br>Goldberg & Ives<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102 | Greg Westfall<br>Westfall Platt & Cutrer<br>Mallick Tower<br>One Summit Ave, Suite 910<br>Fort Worth, TX 76102 |

        /s/ *James T. Jacks*
        JAMES T. JACKS
        Assistant United States Attorney

**GOVERNMENT'S ELEVENTH SUPPLEMENTAL EXHIBIT LIST - PAGE 2**