UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL ACTION NO. |
| VS. | ) | |
| | ) | 3:04-CR-240-G |
| HOLY LAND FOUNDATION FOR | ) | |
| RELIEF AND DEVELOPMENT (01), | ) | **ECF** |
| SHUKRI ABU BAKER (02), | ) | |
| MOHAMMAD EL-MEZAIN (03), | ) | |
| GHASSAN ELASHI (04), | ) | |
| MUFID ABDULQADER (07) and | ) | |
| ABDULRAHAM ODEH (08), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 22, 2007, the court unsealed and read the verdict form submitted to Magistrate Judge Paul D. Stickney on October 18, 2007. Upon a reading of that verdict, and a polling of the jurors, the court finds and orders as follows:

The jury could not reach a unanimous verdict on any count with respect to defendants Holy Land Foundation for Relief and Development; Shukri Abu Baker; Ghassan Elashi; Mufid Abdulqader; and Abdulrahman Odeh. Further, the jury could

not reach a unanimous verdict on Count I with respect to Mohammed El-Mezain. The court hereby declares a mistrial with respect to these counts and defendants, and it is hereby

    **ORDERED** that the case be **REASSIGNED** forthwith to another district judge for re-trial.

October 22, 2007.

_____
A. JOE FISH
CHIEF JUDGE