# United States District Court
## Northern District of Texas

Karen Mitchell
Clerk of Court



U.S. DISTRICT COURT 1100 Commerce, Room 1452
NORTHERN DISTRICT OF TEXAS
FILED
Dallas, Texas 75242

FEB 2 5 2008

CLERK, U.S. DISTRICT COURT
by _____
Deputy

February 12, 2008

Jim Jacks
U.S. Attorney Office
1100 Commerce St., 3rd Floor
Dallas, TX 75242

Re: Case No. 3:04-CR-240-G; U.S.A v. Holy Land Foundation et al.

NOTICE REGARDING DISPOSITION OF TRIAL/HEARING EXHIBITS

**If you wish to have the exhibits submitted on behalf of your client returned to you
please come by my office located on the 15th Floor (room 1535), chambers of the
Honorable Chief Judge A. Joe Fish within ten days from the date of this notice to pick-up
the exhibits.**

Cordially,
/s/ Susan Hudson
Courtroom Deputy for Chief Judge A. Joe Fish
(214) 753-2315

I hereby acknowledge receipt of exhibits submitted by  the United States of America
during the Kastigar hearing conducted  on July 12, 2007                                        .

Dated: 2/25/08

Signature: Ofelia C. Perez
Printed Name: Ofelia C. Perez