IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 3:04-CR-240-P |
| HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (1) also known as the "HLF" | § § § | |
| SHUKRI ABU BAKER (2) | § | ECF |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

## GOVERNMENT'S THIRD SUPPLEMENTAL EXHIBIT LIST

| New Exhibit # | Former Exhibit # | Description | Admitted |
|---|---|---|---|
| | | **Search Warrants** | |
| Baker Wiretap-34 | 013-0036 | 12/02/1999 11:49:36 | |
| Baker Wiretap-34A | 013-0037 | Audio | |
| Baker Wiretap-38 | 013-0045 | 12/03/1999 10:04:47 | |
| Baker Wiretap-38A | 013-0046 | Audio | |
| Demonstrative-8 | | Islamic Relief Transactions (PowerPoint) | |

Dated: September 23, 2008  Respectfully submitted,

        RICHARD ROPER
        United States Attorney

By: */s/ James T. Jacks*
    JAMES T. JACKS
    Assistant United States Attorney
    1100 Commerce St., Third Floor
    Dallas, Texas 75242
    214.659.8600
    214.767.2898  (facsimile)
    Texas State Bar No. 10449500
    jim.jacks@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nancy Hollander
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Joshua L Dratel
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John W. Boyd
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave, Suite 700
Dallas, TX 75204

Linda Moreno
Law Office of Linda Moreno
2403 N. Washington Ave., # 320
Dallas, TX. 75204

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave, Suite 910
Fort Worth, TX 76102

/s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney