IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 3:04-CR-240-P |
| § | |
| HOLY LAND FOUNDATION FOR § | |
| RELIEF AND DEVELOPMENT (1) § | |
|    also known as the "HLF" § | |
| SHUKRI ABU BAKER (2) § | ECF |
| MOHAMMAD EL-MEZAIN (3) § | |
| GHASSAN ELASHI (4) § | |
| HAITHAM MAGHAWRI (5) § | |
| AKRAM MISHAL (6) § | |
| MUFID ABDULQADER (7) § | |
| ABDULRAHMAN ODEH (8) § | |

**GOVERNMENT'S FOURTH EXHIBIT LIST**

| New Exhibit # | Former Exhibit # | Description | Admitted |
|---|---|---|---|
| | | **Search Warrants** | |
| Ashqar Search -9 | 004-0011 | Notes from statement of Mahmoud Al Rumahi | |
| Ashqar Search -10 | 004-0013 | Financial Report for HLF dated 5/1/1993 | |
| Ashqar Search -11 | 004-0018 | List of "Important" names and phone numbers | |
| Ashqar Search -12 | 004-0019 | List of names and phone numbers | |
| Ashqar Search -13 | 004-0010 | Handwritten letter to Abu Ibrahim - undated | |
| Ashqar Search -14 | 004-0020 | Document dated 1/3/1993 regarding Popular Arab and Islamic Conference | |
| Ashqar Search -15 | | Ashqar Communication Security Document | |

**GOVERNMENT'S FOURTH EXHIBIT LIST - PAGE 1**

|  |  |  |  |
|---|---|---|---|
| HLF Search 149 |  | Supporting Documents for Islamic Center of Gaza Summary |  |
| HLF Search 150 |  | Supporting Documents for Islamic Relief Committee Summary |  |
| HLF Search 151 |  | Supporting Documents for Qalqilia Zakat Summary |  |
| HLF Search 152 |  | Supporting Documents for Ramallah Zakat Summary |  |
| HLF Search 153 |  | Supporting Documents for Bethlehem Orphan Society Summary |  |
| HLF Search 154 |  | Supporting Documents for Islamic S&C Summary |  |
| HLF Search 155 |  | Supporting Documents for Islamic Charitable Society Summary |  |
| HLF Search 156 |  | Supporting Documents for Islamic Society of Gaza Summary |  |
| HLF Search 157 |  | Supporting Documents for Al Salah Summary |  |
| HLF Search 158 |  | Supporting Documents for Tulkarem Zakat Summary |  |
| HLF Search 159 |  | Supporting Documents for Nablus Zakat Summary |  |
| HLF Search 160 |  | Supporting Documents for Jenin Zakat Summary |  |
| HLF Search 161 | 001-0040 | Emergency Relief Request from Nablus Zakat Committee dated 8/2/2001 |  |
| HLF Search 162 | 001-0109 | Letter from Nablus Zakat Committee to the HLF dated 2/28/1998 |  |
| HLF Search 163 | 001-0110 | "Thank you" letter from the Nablus Zakat Committee to the Palestinian Authority |  |
| HLF Search 164 | 001-0165 | HLF wire transfer request form dated 7/23/2001 and related documentation |  |
| HLF Search 165 |  | "Information Technology Services Contract Agreement" |  |

| | | | |
|---|---|---|---|
| HLF Search 166 | 001-0029 | USA Today article found at HLF | |
| HLF Search 167 | 001-0039 | Manual containing a letter from the Nablus Zakat Committee to the HLF dated 1/2/2001 | |
| HLF Search 168 | 001-0035 | Letter from Islamic Society to HLF dated 11/12/2000 | |
| HLF Search 169 | 001-0070 | Thank you letter from Islamic Society to HLF dated 11/12/2000 | |
| HLF Search 170 | 001-0172 | Document from Tulkarem Zakat Committee dated 10/16/2000 | |
| HLF Search 171 | 001-0173 | Document from Tulkarem Zakat Committee dated 10/31/1995 | |
| HLF Search 172 | 001-0168 | Letter from Al Salah Society to the HLF dated 1/19/2000 | |
| HLF Search 173 | 001-0170 | Recommendation Letter from Al Salah Islamic Association dated 5/21/2000 | |
| HLF Search 174 | 001-0125 | Letter from Islamic Complex to the HLF dated 9/25/1990 | |
| HLF Search 175 | | Letter from Akram Mishal to the Ministry of Health, Palestinian Authority | |
| | | | |
| Infocom Search 85 | | Supporting Documents for Islamic Center of Gaza Zakat Summary | |
| Infocom Search 86 | | Supporting Documents for Islamic Relief Committee Zakat Summary | |
| Infocom Search 87 | | Supporting Documents for Qalqilia Zakat Summary | |
| Infocom Search 88 | | Supporting Documents for Islamic S&C Zakat Summary | |
| Infocom Search 89 | | Supporting Documents for Islamic Charitable Society Zakat Summary | |
| Infocom Search 90 | | Supporting Documents for Al Salah Zakat Summary | |
| Infocom Search 91 | | Supporting Documents for Tulkarem Zakat Summary | |

| | | | |
|---|---|---|---|
| Infocom Search 92 | | Supporting Documents for Nablus Zakat Summary | |
| Infocom Search 93 | | Supporting Documents for Jenin Zakat Summary | |
| Infocom Search 94 | | Letter from "Ismail" to Ghassan regarding checks for Central Fidelity Bank acct 9173 | |
| Infocom Search 94 | | Infocom Ledgers | |
| | | | |
| Elbarasse Search 41 | 003-0004 | List of individuals and their locations | |
| | | | |
| Mushtaha Search 17 | 022-0003 | Video Tape #Q4.19 | |
| | | | |
| Ashqar Wiretap-7 | 016-0009 | 02/25/1994 0:00:00 | |
| Ashqar Wiretap-7A | 016-0010 | Audio | |
| | | | |
| Baker Wiretap-39 | 013-0180 | 03/18/1996 18:30:40 | |
| Baker Wiretap-39A | 013-0181 | Audio | |
| | | | |
| Shabib Wiretap-3 | 017-0007 | 00/00/94 01:11:30 | |
| Shabib Wiretap-3A | 017-0008 | Audio | |
| | | | |
| Infocom Aging Report-1 | | 4/30/93 | |
| Infocom Aging Report-2 | | 10/4/93 | |
| Infocom Aging Report-3 | | 1/1/92-6/4/03 | |
| | | | |
| Infocom Bank Acct 5 | | Metro Bank | |
| Infocom Bank Acct 6 | | Bank One | |
| Infocom Bank Acct 7 | | Additional Bank One Acct # 9309 | |
| Infocom Bank Acct 8 | | Additional Bank One Acct #1613 | |
| | | | |
| Marzook Bank Acct 6 | | Additional Central Fidelity Bank Acct #9173 | |
| | | | |
| Al Zaytonia-3 | 021-0039 | Al Zaytonia Issue #77 | |
| Al Zaytonia-4 | MISC 20 | | |
| | | | |
| Marzook/Defendants Phone Calls | | Phone Calls Between Marzook and Defendants (Poster) | |

**GOVERNMENT'S FOURTH EXHIBIT LIST - PAGE 4**

| | | | |
|---|---|---|---|
| HLF/Infocom Map | | Map of HLF/Infocom Richardson offices | |
| | | | |
| Demonstrative 21 | | RESERVED | |

Dated:      October 7, 2008          Respectfully submitted,

                                      RICHARD ROPER
                                      United States Attorney

                                  By: */s/ James T. Jacks*
                                      JAMES T. JACKS
                                      Assistant United States Attorney
                                      1100 Commerce St., Third Floor
                                      Dallas, Texas 75242
                                      214.659.8600
                                      214.767.2898  (facsimile)
                                      Texas State Bar No. 10449500
                                      jim.jacks@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nancy Hollander
Theresa Duncan
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Joshua L Dratel
Aaron Myslywiec
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John W. Boyd
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave, Suite 700
Dallas, TX 75204

Linda Moreno
Law Office of Linda Moreno
2403 N. Washington Ave., # 320
Dallas, TX. 75204

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave, Suite 910
Fort Worth, TX 76102

/s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney

**GOVERNMENT'S FOURTH EXHIBIT LIST - PAGE 6**