IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 3:04-CR-240-P |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
| also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

**GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST**

| New Exhibit # | Former Exhibit # | Description | Admitted |
|---|---|---|---|
| | | | |
| HLF Search-179 | 001-0150 | HLF orphan sponsorship documents dated 1/5/1999 | |
| HLF Search-180 | 001-0080 | Executive Meeting Minutes dated 4/20/2000 | |
| HLF Search-181 | 001-0220 | Document entitled Action Items and related documentation | |
| HLF Search-182 | 001-0085 | Documentation pertaining to sponsorship of a family by the HLF | |
| HLF Search-183 | 001-0105 | HLF Donation Form dated 12/21/2000 and related documentation | |
| HLF Search-184 | 001-0104 | HLF Donation Form dated 12/21/2000 and related documentation | |
| HLF Search-185 | 001-0092 | HLF Donation Form dated 1/9/2001 | |

**GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST - PAGE 1**

| | | | |
|---|---|---|---|
| HLF Search-186 | 001-0099 | Letter from Abdul Rahman Odeh to Akram Mishal dated 12/14/2000 | |
| HLF Search-187 | HLSW312 | Orphan's List 4/1/97 | |
| | | | |
| Infocom Search-95 | | Infocom Ledgers | |
| Infocom Search-96 | 002-0007 | Letter to Shaheer Assad from Shukri Abu Baker dated 7/8/1993 | |
| Infocom Search-97 | 002-0014 | Letter from Haitham Maghawri to brother Majed dated 8/13/1992 | |
| Infocom Search-98 | 002-0010 | Letter to Ibrahim Elsamneh from Abdel Rahman Odeh dated 2/29/1996 | |
| Infocom Search-99 | 002-0032 | Letter from Abdel Rahman Odeh to Ibrahim Elsamneh dated 6/21/1996 | |
| Infocom Search-100 | 002-0143 | Payment Vouchers | |
| Infocom Search-101 | 002-0017 | Photograph of Martyr Ismail | |
| Infocom Search-102 | INSW150 | In/Out Report 3/1/95-3/31/95 | |
| | | | |
| El-Mezain Wiretap-14 | 015-0001 | 10/04/1994 9:12:00 | |
| El-Mezain Wiretap-14A | 015-0002 | Audio | |
| El-Mezain Wiretap-15 | 015-0129 | 02/15/1995 0:00:00 | |
| El-Mezain Wiretap-15A | 015-0130 | Audio | |
| El-Mezain Wiretap-16 | 015-0135 | 02/16/1995 1:07:00 | |
| El-Mezain Wiretap-16A | 015-0136 | Audio | |
| | | | |
| HLF Wiretap-3 | 14-4 | 05/14/2001 9:31:26 | |
| HLF Wiretap-3A | 14-5 | Audio | |
| | | | |
| Al Salah Summary | | Connections between and among Al Salah members, Hamas, and HLF | |
| HLF Reps Summary | | Connections among the HLF Reps | |

**GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST - PAGE 2**

Dated: October 16, 2008   Respectfully submitted,

RICHARD ROPER
United States Attorney

By: */s/ James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242
214.659.8600
214.767.2898  (facsimile)
Texas State Bar No. 10449500
jim.jacks@usdoj.gov

**GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST - PAGE 3**

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nancy Hollander
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Joshua L Dratel
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John W. Boyd
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave, Suite 700
Dallas, TX 75204

Linda Moreno
Law Office of Linda Moreno
2403 N. Washington Ave., # 320
Dallas, TX. 75204

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave, Suite 910
Fort Worth, TX 76102

/s/ *James T. Jacks*

JAMES T. JACKS
Assistant United States Attorney

**GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST - PAGE 4**