IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | NO. 3:04-CR-240-P |
| § | |
| HOLY LAND FOUNDATION FOR § | |
| RELIEF AND DEVELOPMENT (1) § | |
|     also known as the "HLF" § | |
| SHUKRI ABU BAKER (2) § | |
| MOHAMMAD EL-MEZAIN (3) § | |
| GHASSAN ELASHI (4) § | |
| HAITHAM MAGHAWRI (5) § | |
| AKRAM MISHAL (6) § | |
| MUFID ABDULQADER (7) § | |
| ABDULRAHMAN ODEH (8) § | |

**GOVERNMENT'S FIFTH SUPPLEMENTAL EXHIBIT LIST**

| New Exhibit # | Former Exhibit # | Description | Admitted |
|---|---|---|---|
| HLF Search-177 | | HLF General Activities | |
| HLF Search-178 | | Solicitor Analysis Report | |
| | | | |
| Infocom Search-95 | | Infocom Ledgers | |
| | | | |
| OFAC-3 | | U.S. Department of the Treasury Anti-Terrorist Financing Guidelines: Voluntary Best Practices For U.S.- Based Charities | |
| OFAC-4 | | White House Press Release 1/24/95 | |
| OFAC-5 | | 31 C.F.R. § 595 | |
| | | | |
| Demonstrative-23 | | Hamas Institutions in Gaza | |
| Demonstrative-24 | | Key Hamas Leaders in the West Bank Charity Committees: Tulkarem & Qalqilia | |

**GOVERNMENT'S FIFTH SUPPLEMENTAL EXHIBIT LIST - PAGE 1**

| | | | |
|---|---|---|---|
| Demonstrative-25 | | Key Hamas Leaders in the West Bank Charity Committees: Ramallah Zakat Committee | |
| Demonstrative-26 | | Key Hamas Leaders in the West Bank Charity Committees: Bethlehem Orphan Care Society and Islamic Science & Culture Society | |
| Demonstrative-27 | | Key Hamas Leaders in the West Bank Charity Committees: Nablus | |
| Demonstrative-28 | | Key Hamas Leaders in the West Bank Charity Committees:Jenin | |
| Demonstrative-29 | | Key Hamas Leaders in the West Bank Charity Committees: Islamic Charitable Society of Hebron | |
| Demonstrative-29 | | Powerpoint on the dawa, factors used to identify Hamas charity committees, and a map depicting the Hamas charity wing in the early 90's | |

Dated: October 17, 2008         Respectfully submitted,

RICHARD ROPER
United States Attorney

By: */s/ James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242
214.659.8600
214.767.2898  (facsimile)
Texas State Bar No. 10449500
jim.jacks@usdoj.gov

**GOVERNMENT'S FIFTH SUPPLEMENTAL EXHIBIT LIST - PAGE 3**

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nancy Hollander
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Joshua L Dratel
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John W. Boyd
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave, Suite 700
Dallas, TX 75204

Linda Moreno
Law Office of Linda Moreno
2403 N. Washington Ave., # 320
Dallas, TX. 75204

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave, Suite 910
Fort Worth, TX 76102

/s/ *James T. Jacks*

JAMES T. JACKS
Assistant United States Attorney

**GOVERNMENT'S FIFTH SUPPLEMENTAL EXHIBIT LIST - PAGE 4**