IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 3:04-CR-240-P |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
| also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | ECF |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

## GOVERNMENT'S SIXTH SUPPLEMENTAL EXHIBIT LIST

| New Exhibit # | Former Exhibit # | Description | Admitted |
| --- | --- | --- | --- |
| Nablus Zakat-7 | 006-0032 | Al-Tadhamon shaheed files | |
| Demonstrative-10 | 024-0075 | AMENDED DESCRIPTION: Islamic Center School Ceremony | |
| Demonstrative-30 (Replaces 2nd Demonstrative-29 from Government's Fifth Supplemental Exhibit List) | | Powerpoint | |
| Demonstrative-31 | | Internal Hamas Document Found in the Islamic Charitable Society of Hebron | |
| Demonstrative-32 | | Infocom Search 100 and U.N. General Assembly List | |
| Picture-21 | | Mohammed Fuad Abu Zeid of Jenin Zakat Committee | |

**GOVERNMENT'S SIXTH SUPPLEMENTAL EXHIBIT LIST - PAGE 1**

| | | | |
|---|---|---|---|
| Picture-22 | | Zeid Zakarneh of Jenin Zakat Committee | |
| Picture-23 | | Ahmad Salatneh of Jenin Zakat Committee | |
| Picture-24 | | Ziyad Abdel Ghani Issa of Jenin Zakat Committee | |
| Picture-25 | | Naser Jarrar of Jenin Zakat Committee | |
| Picture-26 | | Jamal Abu Al Hija of Jenin Zakat Committee | |
| Picture-27 | | Ibrahim Jaber of Jenin Zakat Committee | |
| Picture-28 | | Abd al-Khaliq al-Natshe of Islamic Charitable Society of Hebron | |
| Picture-29 | | Hashem Natshe of Islamic Charitable Society of Hebron | |
| Picture-30 | | Muhamad Eid Misk of Islamic Charitable Society of Hebron | |
| Picture-31 | | Adnan Masouwda of Islamic Charitable Society of Hebron | |
| Picture-32 | | Adel Jneidi of Islamic Charitable Society of Hebron | |
| Picture-33 | | Hatem Kafeesheh of Islamic Charitable Society of Hebron | |
| Picture-34 | | Azzam Salhab of Islamic Charitable Society of Hebron | |
| Picture-35 | | Moustafa Shawer of Islamic Charitable Society of Hebron | |
| Picture-36 | | Fathi Amru of Islamic Charitable Society of Hebron | |
| Picture-37 | | Izz Al-din Farah of Islamic Charitable Society of Hebron | |
| Picture-38 | | Mahmud Rumhi of Ramallah Zakat Committee | |
| Picture-39 | | Omar Hamdan of Ramallah Zakat Committee | |
| Picture-40 | | Mahmud Musleh of Ramallah Zakat Committee | |
| Picture-41 | | Ahmad Zeid of Ramallah Zakat Committee | |

| | | | |
|---|---|---|---|
| Picture-42 | | Fadel Hamdan of Ramallah Zakat Committee | |
| Picture-43 | | Husni Abu Awad of Ramallah Zakat Committee | |
| Picture-44 | | Ghassan Harmas of Bethlehem Orphan Care Society | |
| Picture-45 | | Jamil Hammami of Islamic Science and Culture Society | |
| Picture-46 | | Ibrahim Abu Salem of Islamic Science and Culture Society | |
| Picture-47 | | Hassan Al Keek of Islamic Science and Culture Society | |
| Picture-48 | | Jamal Tawil of Islamic Science and Culture Society | |
| Picture-49 | | Bilal Khamis of Tulkarem Zakat Committee | |
| Picture-50 | | Hosni Khawaja of Tulkarem Zakat Committee | |
| Picture-51 | | Amar Badawi of Tulkarem Zakat Committee | |
| Picture-52 | | Fathi Qarawi of Tulkarem Zakat Committee | |
| Picture-53 | | Ali Dado of Tulkarem Zakat Committee | |
| Picture-54 | | Omar Badir of Tulkarem Zakat Committee | |
| Picture-55 | | Ibrahim Dawoud a.k.a. Bilal Hanun of Qalqilia Zakat Committee | |
| Picture-56 | | Riad Walwil of Qalqilia Zakat Committee | |
| Picture-57 | | Hamed Bitawi of Nablus Zakat Committee | |
| Picture-58 | | Abdelrahim Al-Hanbali of Nablus Zakat Committee | |
| Picture-59 | | Adly Rifat Yaish of Nablus Zakat Committee | |
| Picture-60 | | Husni Bourini | |
| Picture-61 | | Ibrahim Al-Yazouri of the Islamic Center of Gaza | |
| Picture-62 | | Khalil Al Kuka of Islamic Center of Gaza | |

**GOVERNMENT'S SIXTH SUPPLEMENTAL EXHIBIT LIST - PAGE 3**

| | | | |
|---|---|---|---|
| Picture-63 | | Ahmad Bahr of Islamic Society of Gaza | |
| Picture-64 | | Hamad Al Hassanat of the Islamic Society of Gaza | |
| Picture-65 | | Ahmad Al Kurd of Al Salah Society | |
| | | | |

Dated:   October 21, 2008          Respectfully submitted,

RICHARD ROPER
United States Attorney

By: */s/ James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242
214.659.8600
214.767.2898  (facsimile)
Texas State Bar No. 10449500
jim.jacks@usdoj.gov

**GOVERNMENT'S SIXTH SUPPLEMENTAL EXHIBIT LIST - PAGE 4**

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nancy Hollander
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Joshua L Dratel
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John W. Boyd
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave, Suite 700
Dallas, TX 75204

Linda Moreno
Law Office of Linda Moreno
2403 N. Washington Ave., # 320
Dallas, TX. 75204

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave, Suite 910
Fort Worth, TX 76102

/s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney

**GOVERNMENT'S SIXTH SUPPLEMENTAL EXHIBIT LIST - PAGE 5**