IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:04-CR-240-P |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
|     also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | **ECF** |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

## GOVERNMENT'S SEVENTH SUPPLEMENTAL EXHIBIT LIST

| New Exhibit # | Former Exhibit # | Description | Admitted |
|---|---|---|---|
| | | | |
| Payments to IS/Assoc Gaza – A | | Islamic Society/Islamic Association of Gaza | |
| Demonstrative 35 | | Timeframe Between Hamas Designation and HLF Closing | |
| Baker Wiretap-40 | | 02/02/99 @ 10:35:37 | |
| Baker Wiretap-40A | | Audio | |

Dated:           November 3, 2008           Respectfully submitted,

RICHARD ROPER
United States Attorney

By: */s/ James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242
214.659.8600
214.767.2898  (facsimile)
Texas State Bar No. 10449500
jim.jacks@usdoj.gov

**GOVERNMENT'S SEVENTH SUPPLEMENTAL EXHIBIT LIST - PAGE 2**

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2008, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to all defense counsel.


 /s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney