IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 3:04-CR-240-P |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
| also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMMAD EL-MEZAIN (3) | § | **ECF** |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

### GOVERNMENT'S EIGHTH SUPPLEMENTAL EXHIBIT LIST

| New Exhibit # | Former Exhibit # | Description | Admitted |
|---|---|---|---|
| FBAR Form | | Certificate of Official Record from the Department of the Treasury Internal Revenue Service dated 11/03/08 | |
| Baker Wiretap-41 | | 4/22/1998 Line 972-699-9868 | |
| Baker Wiretap-41A | | Audio | |
| Baker Wiretap-42 | | 9/06/2007 Line 699-9868 | |
| Baker Wiretap-42A | | Audio | |
| | | | |

Dated:       November 4, 2008        Respectfully submitted,

                                                  RICHARD ROPER
                                                  United States Attorney

                                           By: */s/ James T. Jacks*
                                                  JAMES T. JACKS
                                                  Assistant United States Attorney
                                                  1100 Commerce St., Third Floor
                                                  Dallas, Texas 75242
                                                  214.659.8600
                                                  214.767.2898  (facsimile)
                                                  Texas State Bar No. 10449500
                                                  jim.jacks@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel.

                                                  /s/ *James T. Jacks*
                                                  JAMES T. JACKS
                                                  Assistant United States Attorney