IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | NO. 3:04-CR-240-P | |
| | § | | |
| HOLY LAND FOUNDATION FOR | § | | |
| RELIEF AND DEVELOPMENT (1) | § | | |
|     also known as the "HLF" | § | | |
| SHUKRI ABU BAKER (2) | § | **ECF** | |
| MOHAMMAD EL-MEZAIN (3) | § | | |
| GHASSAN ELASHI (4) | § | | |
| HAITHAM MAGHAWRI (5) | § | | |
| AKRAM MISHAL (6) | § | | |
| MUFID ABDULQADER (7) | § | | |
| ABDULRAHMAN ODEH (8) | § | | |

**GOVERNMENT'S NINTH SUPPLEMENTAL EXHIBIT LIST**

| New Exhibit # | Former Exhibit # | Description | Admitted |
|---|---|---|---|
| Infocom Search-95 | | Amended Description: RESERVED | |
| Marzook Bank Acct-6 | | Amended Description: RESERVED | |
| Infocom Bank Acct-9 (Previously marked as Marzook Bank Acct-6) | | Additional Central Fidelity Bank Acct # 9173 | |
| Infocom Bank Acct-10 (Previously marked as Infocom Search-95) | | Infocom Ledgers | |
| | | | |

Dated:       November 12, 2008            Respectfully submitted,

RICHARD ROPER
United States Attorney

By: /s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242
214.659.8600
214.767.2898  (facsimile)
Texas State Bar No. 10449500
jim.jacks@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel.

/s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney